UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| AARON B. STALEY and his wife, TANESIA STALEY, | ) ) ) | |
| Plaintiffs | ) ) ) | |
| vs. | ) | No. 1:21-cv-00187-CHS (lead) |
| | ) ) | |
| WACKER POLYSILICON NORTH AMERICA, LLC, a Tennessee limited liability company, | ) ) ) ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| MOISES SANCHEZ, | ) ) | |
| Plaintiff | ) ) | |
| vs. | ) | No. 1:21-cv-00188-CHS |
| | ) ) | |
| WACKER POLYSILICON NORTH AMERICA, LLC, a Tennessee limited liability company, | ) ) ) ) | |
| Defendant | ) | |

## **PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY**

Pursuant to Rules 26, 33 and 34 of the *Federal Rules of Civil Procedure*, Plaintiffs hereby file notice of serving the following discovery documents:

1. Plaintiff's Responses to Wacker Polysilicon North America, LLC's First Set of Requests for Admission to Aaron B. STaley;
2. Plaintiff, Aaron B. Staley's Answers to Wacker Polysilicon North America, LLC's First Set of Interrogatories;

3. Plaintiff, Aaron B. Staley's Responses to Wacker Polysilicon North America, LLC's First Set of Requests for Production;
4. Plaintiff, Tanesia Staley's Ansewrs to Wacker Polysilicon North America, LLC's First Set of Interrogatories; and
5. Plaintiff, Tanesia Staley's Responses to Wacker Polysilicon North America, LLC's First Set of Requests for Production.

Respectfully submitted,

McMAHAN LAW FIRM

s/James R. Kennamer
James R. Kennamer, BPR #16172
Attorneys for Plaintiffs,
Aaron B. Staley and Tanesia Staley
P.O. Box 11107
Chattanooga, TN 37401
423/265-1100
Fax: 423/756-8120
jay@mcmahanlawfirm.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon the defendant or counsel for all parties at interest in this case, to wit:

Zachary H. Greene, Esq.
Jenna W. Fullerton, Esq.
MILLER & MARTIN, PLLC
1200 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402
zac.greene@millermartin.com
jenna.fullerton@millermartin.com

Fred S. Clelland, Esq.
Scott Wesson, Esq.
WARREN & GRIFFIN, P.C.
Suite 100, Dome Building,
736 Georgia Avenue
Chattanooga, TN 37402
fred@warrenandgriffin.com
scottwesson@warrenandgriffin.com

by delivering a true and exact copy of said pleading to the office of said counsel or by placing a true and exact copy of said pleading in the United States Mail addressed to the defendant(s) or to said counsel at his/her office, with sufficient postage thereupon to carry the same to its destination.

This 13th day of January, 2022.

s/James R. Kennamer, BPR #16172